Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:12-cv-01850-AWI-SMS |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER THEREON |
| v. | |
| TERESA ORELLANA, | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Tuesday, February 12, 2013 at 9:30 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Teresa Orellana, individually and d/b/a Restaurant Santa Fe.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Initial Scheduling Conference Statement.

///

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial
2    Scheduling Conference, presently scheduled for Tuesday, February 12, 2013 at 9:30 AM.
3
4
5                                          Respectfully submitted,
6
7
8
     Dated: January 29, 2013                   */s/ Thomas P. Riley*
9                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                             By: Thomas P. Riley
                                               Attorneys for Plaintiff
11                                             J & J Sports Productions, Inc.
12
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27
28                                 <u>**ORDER**</u>

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:12-cv-01850-AWI-SMS styled *J & J Sports Productions, Inc. v. Orellana*, is hereby continued from 9:30 AM, Tuesday, February 12, 2013 to Tuesday, April 16, 2013, at 10:30 AM, before Magistrate Judge Sandra M. Snyder.  A joint scheduling report is to be filed one (1) full week prior to the Scheduling Conference.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:


/s/ SANDRA M. SNYDER                              Dated:  1/29/2013
The Honorable Sandra M. Snyder
**United States District Court**
**Eastern District of California**

///

///

///

///

///

///

///

///

///

///

///